UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALINA BOJARSKI,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security<br><br>        Defendant | **Case No.: 2:12-cv-0749-RAJ**<br><br>**ORDER** |

This matter came before the court on Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b). Defendant did not oppose the motion, it instead pointed out that Plaintiff's motion was in one instance inconsistent as to the precise split of fees between Plaintiff's two attorneys. Plaintiff did not respond to Defendant, and the court therefore presumes that Defendant correctly identified the discrepancy.

With that caveat, the court GRANTS Plaintiff's motion. Dkt. # 26. The court orders that Plaintiff's attorney, Anne Kysar be awarded $9,097.50 and Victoria B. Chhagan be awarded $9,097.50 pursuant to 42 U.S.C. § 406(b). Defendant shall send payment for these amounts to Plaintiff's attorneys as follows: Anne Kysar, Schroeter, Goldmark & Bender, 500 Central

1 | Building, 810 Third Ave., Seattle, WA 98104, and Victoria Chhagan, Douglas, Drachler,
2 | McKee & Gilbrough, 1904 Third Ave., Suite 1030, Seattle, WA 98101.
3 |   DATED this 22nd day of January, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge